BAKER, Judge,
concurring in part, dissenting in part.
I respectfully disagree with the majority’s affirmation of the trial court’s finding that an operator’s license was legally granted to an entity that did not apply for such license within the time set by the Virginia Racing Commission (commission).
*293 It is clear from this record that the commission set October 1, 1993 as the deadline for filing applications. Yet, it has granted an operator’s license to a corporation that was not in existence when that deadline passed. That was not a mere “technical” error. For this reason, I would reverse the trial court’s judgment and remand the matter with direction that the trial court enter an order revoking the operator’s license granted to Stansley Racing Corporation by the commission.
I agree that this Court has jurisdiction to decide matters over which the commission has authority and that there is nothing in the statutes that created its authority which requires owners or operators to be corporate entities.